**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| G & B Equipment, LLC,[1] | ) | Case No. 17-14209 |
| | ) | (Jointly Administered) |
| Debtor. | ) | |
| | ) | Hon. Janet S. Baer |

**FINAL REPORT OF DEBTOR AS DEBTOR IN POSSESSION UPON CONVERSION OF CHAPTER 11 CASE TO CHAPTER 7 CASE UNDER BANKRUPTCY RULE 1019(5)**

**I. Cash**

(a) Cash balance on hand at date of conversion:     N/A

**II. Accounts Receivable**

(a) Total amount due to the Debtors from other entities or individuals at date of conversion:     N/A

**III. Accounts Payable**

(a) Total unpaid debts incurred during chapter 11 cases:     N/A

(b) See attached **Exhibit B** for all unpaid debts incurred during the chapter 11 cases, including unsecured debts, secured debts, taxes, wages, administrative expenses, etc., but not including prepetition debts.

**IV. Original Chapter 11 Assets**

The Debtors sold substantially all of their assets during the chapter 11 cases, approved by the Court's *Order (I) Approving the Asset Purchase Agreement Among Seller and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Leases in Connection therewith and, (IV) Granting Related Relief* (the "*Sale Order*"). (Dkt. 553.)

**V. New Chapter 11 Assets**

The Debtor did not acquire assets during the chapter 11 case that it (a) disposed of during the chapter 11 cases, or retained as of the date of conversion to chapter 7 cases.

**VI. Executory Contracts and Unexpired Leases**

During the Chapter 11 Cases, the Debtors sold substantially all their assets, and assumed and assigned numerous contracts under the terms of the Court's *Order (I) Approving Bidding*

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, are: CC Equipment, Inc. f/k/a Chellino Crane, Inc. (6804); Sam J. Chellino Crane Rental, Inc. (0830); G & B Equipment, LLC (0688); Chellino/Industrial Park Family Limited Partnership (1246); and Chellino Industrial Management, Inc. (0691).

1

SFGH:4852-9788-4510v1

*Procedures in Connection with the Sale of Substantially all Assets of Debtor Chellino Crane, Inc. and all Related Real Estate Owned by Debtor Chellino Crane, Inc.; (II) Scheduling a Hearing to Consider the Sale of Assets; and (III) Approving the Form and Manner or Notice Thereof*; (Dkt. 457) and the Sale Order. These contracts and leases were identified for the Court by the Debtors as called for under these orders.

The Debtors filed two motions to reject executory contracts and unexpired leases on the docket of the lead case (Case No. 17-14200) during the chapter 11 cases. (Dkts. 114, 592.) Each of these motions were granted by the Court after notice and a hearing on each. (Dkts. 181, 611.)

### VII. Payments to Insiders During the Chapter 11 Cases:

The Debtor did not make payments to insiders during the chapter 11 case.

The Final Report above, consisting of two pages has been prepared for or by the undersigned, who declares under penalty of perjury that the statements contained therein are true and correct to the best of my knowledge, information and belief.

Executed on: 2-20-18   By: _____
G & B Equipment, LLC
Greg Chellino
Member & Manager